IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNITED STATES OF AMERICA

v.

CATIE A. FINLEY,
                Defendant

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Criminal No. 7:19 CR- 262 (ATB)
Vio:  18 USC § 113(a)(4)

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### THE COUNT

On or about January 19, 2019, in the Northern District of New York, within the special maritime and territorial jurisdiction of the United States, that is, Fort Drum, New York, the Defendant

**CATIE A. FINLEY**

did assault, by striking, beating, and wounding Marquail D. Whitley.

All in violation of Title 18, United States Code, Section 113(a)(4), Assault.

GRANT C. JAQUITH
United States Attorney

By: _[signature]_
DANIEL P. KELLY
Special Assistant U.S. Attorney